

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2019

No. 04-19-00119-CV

**INFINITY COUNTY MUTUAL INSURANCE COMPANY**,
Appellant

v.

Michael **TATSCH**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12977
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice

Appellee has filed a motion to dismiss this appeal for want of jurisdiction. We order appellant, Infinity County Mutual Insurance Company, to file a response to the motion to dismiss with its appellant's brief, which is due August 13, 2019. If the appellant fails to comply with this order, this appeal may be dismissed without further notice. *See* TEX. R. APP. P. 42.3(a), (c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court